JS 44 (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LAMONT DANIELS

(b) County of Residence of First Listed Plaintiff: **Camden County**

(c) Attorney's (Firm Name, Address, Telephone Number and Email Address)
TAYLOR, TAYLOR & LEONETTI, P.C.
Sentry Office Plaza, Suite 506, 216 Haddon Avenue
Westmont, NJ 08108
(856) 833-1919
E-mail: koleary@ttllaw.com

## DEFENDANTS
ANTOINETTE IATAROLA, TONI CAPONE, DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE,

County of Residence of First Listed Defendant: **Philadelphia County**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1346 (b) (1)

Brief description of cause:
Motor Vehicle

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) (See instructions):
JUDGE
DOCKET NUMBER

Explanation:

DATE: 8-14-08

SIGNATURE OF ATTORNEY OF RECORD

08/13/2008

TAYLOR, TAYLOR & LEONETTI, P.C.
By: Alan D. Taylor, Esquire
Sentry Office Plaza- Suite 506
216 Haddon Avenue
Westmont, New Jersey 08108
(856) 833-1919
File No. 16749
Attorney for Plaintiff. Lamont Daniels

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Plaintiff(s): <br> LAMONT DANIELS, | : <br> : <br> : <br> : <br> : | Civil Action No.: |
| vs. <br> Defendant(s): <br> ANTOINETT IATAROLA, <br> TONI CAPONE, <br> DEPARTMENT OF THE TREASURY <br> INTERNAL REVENUE SERVICE, <br> UNITED STATES OF AMERICA, and <br> JOHN/JANE DOE(S) (1-20), (Fictitious <br> individuals, partnerships, corporations <br> and/or other business entities) Jointly, <br> and/or Severally and/or in Alternative | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | COMPLAINT <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

### JURISDICTIONAL STATEMENT

Jurisdiction of this Court is based on Article 3, Section 2, Clause 1 of the United States Constitution and 28 U.S.C. 1346 (b) (1) in that the United States, its Agency(ies), Department(s) and/or its agents, servants and/or workmen are parties to this lawsuit.

## **COUNT ONE - NEGLIGENCE**

1. The Plaintiff, LAMONT DANIELS, is an adult individual residing at 1302 Carl Miller Boulevard, Camden, New Jersey 08104.

2. The Defendant, DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, is a Federal agency under the Department of the Treasury of the Defendant, UNITED STATES OF AMERICA..

3. The Defendant, ANTOINETT IATAROLA, upon information and belief, is an adult individual residing in Philadelphia, Pennsylvania and at all relevant times in this Complaint, was employed by and/or was acting as a servant, agent and/or employee and/or workman of the Defendant, DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE.

4. On or about January 11, 2007, the Plaintiff, LAMONT DANIELS,, was the operator of a 2001 Plymouth Voyager bearing New Jersey registration plate RKW28C which was traveling on westbound Route 70, Cherry Hill, New Jersey.

5. At the aforesaid time and place, Defendant, ANTOINETT IATAROLA, was the operator of 2006 Chevrolet Monte Carlo bearing Pennsylvania registration plate EML4998 which, upon information and belief, was owned by, Defendant, TONI CAPONE and/or DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE and/or UNITED STATES OF AMERICA and/or was owned individually by Defendant, ANTOINETT IATAROLA and/or Defendant, TONI CAPONE and/or as the agent and or servant and/or employee and/or bailee and/or the like, for the owner(s) of the vehicle she was driving, Defendant, DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE and/or

UNITED STATES OF AMERICA and/or JOHN/JANE DOE(S) (3-20), a fictitious name for a presently unknown and unidentified individuals(s) and/or entity(ies).

6. At the aforesaid time and place, a collision occurred when the Defendant, ANTOINETT IATAROLA, struck the rear of the motor vehicle being operated by the Plaintiff, LAMONT DANIELS, who was stopped in traffic.

7. The aforesaid accident was caused by the negligence and/or carelessness and/or recklessness of the Defendants, individually and/or jointly and/or severally and/or in the alternative and is predicated on individual acts and/or respondeat superior.

8. As a result of the aforesaid negligence, Plaintiff, LAMONT DANIELS, suffered severe multiple and permanent injuries, and was forced to incur medical bills and expenses for the injuries he has suffered and he will continue to incur medical expenses in the future.

9. As a result of the aforesaid negligence, Plaintiff, LAMONT DANIELS, has suffered, or may suffer, a severe loss of his earnings and impairment of his earnings capacity. This loss of income and impairment of earning capacity will, or may continued in the future.

10. As a result of the aforesaid negligence, Plaintiff, LAMONT DANIELS, has undergone, and in the future may undergo, great mental and physical pain and suffering, mental anguish and humiliation, loss of life's pleasures, and a severe limitation in his pursuit of daily activities, all to his great loss and detriment, some or all of which shall be permanent.

11. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, LAMONT DANIELS, respectfully requests this Honorable Court to enter judgment against the Defendant(s) individually and/or jointly and/or severally and/or in the alternative, for damages, interest, costs and such other legal and equitable relief as may seem just and proper to the Court.

## COUNT TWO - NEGLIGENCE

12. Plaintiff, LAMONT DANIELS, hereby incorporates by reference Paragraphs 1 through 11, as though same were fully set forth at length herein.

13. On or about January 11, 2007, Plaintiff, LAMONT DANIELS, was the operator of a motor vehicle traveling on Westbound Route 70, Cherry Hill, New Jersey and was stopped in traffic.

14. On the aforesaid time and place, Defendant, ANTOINETT IATAROLA and/or JOHN/JANE DOE 1 was the operator of a motor vehicle owned by Defendant, TONI CAPONE, and/or JOHN/JANE DOE 2 and/or DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, which vehicle was also traveling on Route 70 Westbound, Cherry Hill, New Jersey.

15. On the aforesaid time and place, Defendant, ANTOINETT IATAROLA operated her motor vehicle in excessive rate of speed without due care and caution, without making proper observations and in an otherwise negligent and careless manner so as to strike the rear of the vehicle being operated by the Plaintiff, LAMONT DANIELS, which was stopped in traffic.

16. On the aforesaid time and place, Defendant, ANTOINETT IATAROLA, was operating a motor vehicle as the agent and/or servant and/or employee of Defendant, TONI CAPONE, and/or DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE and/or THE UNITED STATES OF AMERICA and/or JOHN/JANE DOE(S) (3-20), a fictitious name for presently unknown or unidentified individual(s) and/or entity(ies), and, as such her acts of negligence are imputed to Defendant, TONI CAPONE and/or DEPARTMENT OF THE

TREASURY INTERNAL REVENUE SERVICE and/or UNITED STATES OF AMERICA and/or JOHN/JANE DOE(S) (3-20).

17. As result of the aforesaid negligence of Defendant(s), Plaintiff, LAMONT DANIELS, suffered severe multiple permanent injuries, and great mental and physical pain and suffering, mental anguish and humiliation, loss of life's pleasures, and a severe limitation of his pursuit of daily activities, all to his great loss and detriment, all of which will, or may, continue in the future.

WHEREFORE, Plaintiff, LAMONT DANIELS, respectfully requests this Honorable Court to enter judgment against the Defendant(s) individually and/or jointly and/or severally and/or in the alternative, for damages, interest, costs and such other legal and equitable relief as may seem just and proper to the Court.

## COUNT THREE - PROPERTY DAMAGE

18. Plaintiff, LAMONT DANIELS, hereby incorporates by reference Paragraphs 1 through 17, as though same were fully set forth at length herein.

19. At all times material to this Complaint, Plaintiff, LAMONT DANIELS, was the owner of the automobile involved in the aforementioned accident.

20. As a direct and proximate result of Defendants' joint and/or several conduct, Plaintiff, LAMONT DANIELS, sustained property damage to the automobile.

WHEREFORE, Plaintiff, LAMONT DANIELS, respectfully requests this Honorable Court to enter judgment against the Defendant(s) individually and/or jointly and/or severally and/or in the alternative, for damages, interest, costs and such other legal and equitable relief as

may seem just and proper to the Court.

           Respectfully submitted:

           TAYLOR, TAYLOR & LEONETTI, P.C.
           Attorneys for Plaintiff

           By: _____
           ALAN D. TAYLOR, ESQUIRE
           Sentry Office Plaza, Suite 506
           216 Haddon Avenue
           Westmont, NJ 08108
           (856) 833-1919

Dated: August 14, 2008