LAW OFFICES
# TAYLOR, TAYLOR & LEONETTI

A Professional Corporation

**Sentry Office Plaza, Suite 506**
**216 Haddon Avenue**
**Westmont, New Jersey 08108**
Telephone: (856) 833-1919
Fax: (856) 833-9019
Toll Free: 1-800-924-5041
e-mail: ttl21@aol.com

116 North 3rd Street
Camden, NJ 08102
By Appointment Only
(856) 365-7272

➡ Reply To: **Westmont Office**

Please Refer to Our File Number
On All Return Correspondence

Suite 1812, 123 S. Broad Street
Philadelphia, PA 19109
By Appointment Only
(800) 924-5041

VICTOR TAYLOR
ALAN D. TAYLOR*
MARK A. LEONETTI**
JEFFREY N. STERN

*Member NJ & DC Bar
**Member NJ & PA Bar

Our File No. 16749

August 22, 2008

Clerk, U.S. District Court
for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Street, Room 1050
Camden, NJ 08101

          RE: Lamont Daniels v. Antoinette Iatarolo, et al
             Civil Action No. 1:08-CV-4091

Dear Sir/Madam:

    Enclosed you will find Summons in the above-captioned matter and request to process.

    Thank you for your attention to this matter.

                      Very truly yours,

                      TAYLOR, TAYLOR & LEONETTI, P.C.

                      By:_____
                          ALAN D. TAYLOR

ADT/kcc
Enclosure